IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARBARA M. SHARBINE                                                    PLAINTIFF

VS.                              CASE NO. 09-CV-1025

BOONE EXPLORATION, INC.                                                DEFENDANT

# ORDER

  Before the Court is a Motion to Dismiss, and Alternatively, for More Definite Statement filed by Defendant Boone Exploration, Inc. (Doc. 2).  Plaintiff, Barbara M. Sharbine, has responded to the motion.  (Doc. 6).  For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion to Dismiss should be and hereby is granted in part and denied in part.  Defendant's Motion to Dismiss with respect to Plaintiff's claim under the common law tort of outrage is hereby **granted** and the claim **dismissed**.  Defendant's Motion to Dismiss with respect to Plaintiff's claims for quid pro quo harassment under Title VII of the Civil Rights Act of 1964 and the Arkansas Civil Rights Act are hereby **granted** and the claims **dismissed**.  Defendant's Motion to Dismiss with respect to Plaintiff's claims for hostile work environment and retaliation under Title VII of the Civil Rights Act of 1964 and the Arkansas Civil Rights Act are hereby **denied**.  Defendant's alternative Motion for More Definite Statement is hereby **denied**.

  IT IS SO ORDERED, this 9th day of March, 2010.

                   /s/Harry F. Barnes
                   Hon. Harry F. Barnes
                   United States District Judge